STATE OF NEW JERSEY v. CLARENCE ALFORD, JR.

November 14, 1984.

Defendant having appealed to the Appellate Division from a judgment of conviction entered pursuant to a plea of guilty and from the sentence of 12 years' imprisonment and a $15,000 fine imposed by the trial court; and

The Appellate Division, in a determination reported at 191 *N.J.Super.* 537 (1983), having remanded the matter to the trial court for resentencing; and

The matter having come before this Court on an appeal as of right filed pursuant to *R.* 2:2–1(a), there having been a dissent in the Appellate Division; and

The Court having been advised that defendant has been resentenced, with his consent, to a term and fine identical to that originally imposed, and good cause appearing;

It is ORDERED that the within appeal is dismissed as moot.

We neither approve nor disapprove of the reported Appellate Division opinions.